```
 1  SHANE LAW
    DAVID R. SHANE, State Bar No. 109890
 2  1000 Drakes Landing Road, Suite 200
    Greenbrae, California 94904
 3  Telephone (415) 464-2020
    Fax: (415) 464-2024
 4
    Attorney for Plaintiff
 5  Lawanda Demartile
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENICE STOPFORTH, DEBRA L. MAURICE, AND JAMES CALHOUN, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO THE DECEDENT, LAWANDA DEMARTILE, <br><br> Plaintiffs, <br><br> vs. <br><br> BAY PARK dba HOLIDAY TOUCH AND HOLIDAY RETIREMENT, AND ECOLAB, INC. A DELAWARE CORPORATION, <br><br> Defendants. | CASE NO. 3:18-cv-06859-EDL <br><br> STIPULATION TO REQUEST FOR A CONTINUANCE OF CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FEBRUARY 12, 2019 |

IT IS HEREBY STIPULATED by and between the parties of record hereto, by and through their respective counsel herein, that

1. Given the circumstances set forth in this stipulation, the parties respectfully request a 60-day continuance of the Case Management Conference now set for February 12, 2019 at 10:00 a.m., as well as all related disclosure and discovery deadlines, except that the parties will be permitted to commence with subpoenas to non-parties. Good cause exists for this continuance as follows:

2. On September 1, 2018 the named plaintiff Lawanda Demartile, died. As such, the

Complaint needs to be amended pursuant to F.R.C.P. 15 to substitute the three adult children of Lawanda Demartile, Denice Stopforth, Debra L. Maurice and James B. Calhoun, to pursue the action. The new plaintiffs will be DENICE STOPFORTH, DEBRA L. MAURICE, AND JAMES B. CALHOUN AS SUCCESSORS OF INTEREST TO THE DECEDENT, LAWANDA DEMARTILE in place and stead of LAWANDA DEMARTILE.

3. Plaintiffs will also seek to amend the complaint to include a cause of action for wrongful death. The three adult children, Denice Stopforth, Debra L. Maurice and James B. Calhoun, will seek damages against the defendants for the death of their mother. Plaintiffs will file a motion to amend the complaint. The death of Lawanda Demartile arises out of the same conduct alleged in the complaint that caused Lawanda Demartile substantial physical illness and damages through the alleged wrongful use and dissemination of bug poisoning.

4. A 60-day continuance will provide time to file a motion to amend so that the pleadings can be perfected.

5. Defendants HOLIDAY AL MANAGEMENT SUB LLC (erroneously sued as "Bay Park dba Holiday Touch and Holiday Retirement") and Ecolab Inc. do not contest the request for a 60-day continuance of the CMC, but asserts that the change in the status of the parties to the lawsuit occasioned by Lawanda Demartile's death should be addressed by motion to substitute parties under Rule 25, rather than by amendment under Rule 15, and reserves the right to file an opposition to any motion to amend the pleadings.

SO STIPULATED:

DATED: January 29, 2019

SHANE LAW

By: _____
David R. Shane, Esq.
Attorney for Plaintiffs

//
//
//
//

DATED: January 29, 2019

KLEIN, HOCKEL, IEZZA & PATEL, P.C.

By: /s/ Anne F. Marchant
Anne F. Marchant, Esq.
Attorney for Defendant HOLIDAY AL
MANAGEMENT SUB LLC

DATED: January 29, 2019

BOWMAN & BROOKE

By: /s/ Lindsey Adams
Lindsey Adams
Attorney for Defendant
Ecolab, Inc.

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Case Management Conference in this matter will be continued until April 30, 2019. at 10:30 AM

DATED: January 29, 2019

_Elijah D. Laporte_
Magistrate Judge of the Northern District of California